IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA HAJNAS, ) <br> on behalf of Plaintiff and ) <br> the class members described herein, ) <br> and PEOPLE OF THE STATE OF ILLINOIS ) <br> EX REL. MARIA HAJNAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WIRBICKI LAW GROUP LLC; ) <br> BIRCH WALNUT LLC; ) <br> MONTVALE, LLC; and ) <br> MADISON MANAGEMENT ) <br> SERVICES, LLC; ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-01242 |

## NOTICE OF SETTLEMENT

Plaintiff, Maria Hajnas, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiff respectfully requests that this Court strike all pending dates.

Respectfully submitted,

/s/*Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603

1

(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

  I, Tara L. Goodwin, hereby certify that on Friday, May 8, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.

                /s/*Tara L. Goodwin*
                Tara L. Goodwin


Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
**EDELMAN, COMBS, LATTURNER**
  **& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com