IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA HAJNAS, )<br>on behalf of Plaintiff and )<br>the class members described herein, )<br>and PEOPLE OF THE STATE OF ILLINOIS )<br>EX REL. MARIA HAJNAS, )<br> )<br>          Plaintiff, )<br> )<br>       vs. )<br> )<br>WIRBICKI LAW GROUP LLC; )<br>BIRCH WALNUT LLC; )<br>MONTVALE, LLC; and )<br>MADISON MANAGEMENT )<br>SERVICES, LLC; )<br> )<br>          Defendants. ) | Case No. 1:20-cv-01242 |

### NOTICE OF DISMISSAL

Through her undersigned counsel, Plaintiff Maria Hajnas hereby notices the dismissal of the above-entitled action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), with prejudice as to Plaintiff's individual claims, and without prejudice as to the unnamed putative class members, with each side to bear their own fees and costs.

Date: May 22, 2020                                             Respectfully submitted,

                                                                                    */s/Bryan G. Lesser*
                                                                                    Bryan G. Lesser


Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
**EDELMAN, COMBS, LATTURNER**
        **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500

1

Chicago, IL 60603
(312) 739-4200
E-mail for service:
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

     I, Bryan G. Lesser, hereby certify that on May 22, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice to all parties of record.

                                              */s/Bryan G. Lesser*
                                              Bryan G. Lesser

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
E-mail for service:
courtecl@edcombs.com