UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Maria Hajnas

                        Plaintiff,

v.                                                    Case No.: 1:20−cv−01242
                                                        Honorable Charles P. Kocoras

Wirbicki Law Group, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 26, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to the Notice of Dismissal filed on 5/22/20 [16], this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the unnamed putative class members. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.